of a substantial federal question. *Thurman Arnold* for appellants. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellee.

No. 59. WILKOWSKI *v.* HART, LIEUTENANT GOVERNOR. Appeal from the Supreme Court of Michigan. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Joseph A. McMenamin* for appellant. *Thomas M. Kavanagh,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellee.

No. 62. WHITAKER ET AL., DOING BUSINESS AS BLUE MOTOR COACH LINES, *v.* LOUISVILLE TRANSIT CO. ET AL. Appeal from the Court of Appeals of Kentucky. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Jack Garrett Scott, George Bronz* and *Reuben S. Haslam* for appellants. *John E. Tarrant* and *Earl S. Wilson* for the Louisville Transit Co., appellee.

No. 99. BUDBERG ET AL. *v.* COUNTY OF SANGAMON ET AL. Appeal from the Supreme Court of Illinois. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Hugh J. Graham, Jr.* for appellants. *George P. Coutrakon* for appellees.

No. 121. CULLEN ET AL. *v.* BOHLINGER, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, ET AL. Appeal from the Court of Appeals of New York and the